Date: 08/24/11                                                                                                                    Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-34931 - ENGFER, DAVID ROBIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201<br>    FINAL DISTRIBUTION<br>    8836 | 000008 | 179.00 | 3.87 |
| ---------- Remittance Total ---------- | | 179.00 | 3.87 |

_John A. Hedback, Trustee_

RECEIVED 11 AUG 25 AM 11:39 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                   Printed: 08/24/11 02:15 PM   Ver: 16.02b